FILED

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0322

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0322

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

KOLE AARON TOLLIVER,

      Defendant and Appellant.

## ORDER

Defendant Kole Tolliver moves to file an Amended Appellant's Opening Brief in this matter pursuant to Mont. R. App. P. 16(1) and in the interest of justice and fairness arising from extraordinary circumstances. Counsel for the State, Mark Fowler, does not object to this motion.

IT IS THEREFORE ORDERED that the motion to amend the opening brief is GRANTED.

IT IS FURTHER ORDERED that Appellant shall prepare, file and serve the opening brief on appeal within 7 days of the date of this Order.

The Clerk is directed to serve a copy of this Order upon all counsel of record.

DATED this ___ day of April, 2020.

Signed as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 10 2020